UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 07-MJ-298 |
| ) | |
| v. ) | |
| ) | |
| ) | DETENTION ORDER |
| NICHOLAS NOVELLO, ) | |
| ) | |
| Defendant. ) | |

Offenses charged:

    Count 1:  Possession of Stolen Mail in violation of 18 U.S.C. § 1708 and 2.

    Count 2:  Fraud and Related Activity in Connection with Access Devices in violation of 18 U.S.C. § 1029(a)(2).

Date of Detention Hearing:   June 20, 2007.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Defendant has a lengthy criminal record and multiple forgery and robbery charges based upon his background history check.

    (2)    Defendant has been arrested and charged with multiple firearms violations.

    (3)    Defendant appears to have on-going substance abuse problems, and has not been truthful about this issue with Pretrial Services.

(4) Defendant is associated with multiple failures to appear in a court of law as ordered.

(5) When arrested, defendant was carrying a semi-automatic handgun.

(6) Defendant took active steps to avoid arrest.

(7) Defendant is associated with three different social security numbers.

(8) There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required, or address the issue of danger, including the economic danger, to the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 20th day of June, 2007.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER                                             15.13
18 U.S.C. § 3142(i)                                    Rev. 1/91
PAGE 2